**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Z. Brown,

Plaintiff,

v.

Commissioner of Social Security,

Defendant.

Case No. 2:26-cv-03394-BNW

**ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS**

Before this Court is Plaintiff's application to proceed in forma pauperis. ECF No. 1.

## I. IN FORMA PAUPERIS APPLICATION

Plaintiff submitted the declaration required by 28 U.S.C. § 1915(a) showing an inability to prepay fees and costs or give security for them. Accordingly, Plaintiff's request to proceed in forma pauperis will be granted.

## II. SCREENING THE COMPLAINT

Upon granting a request to proceed in forma pauperis, a court must screen the complaint under 28 U.S.C. § 1915(e)(2). Given that the concerns underlying the screening requirement of § 1915(e) are obviated by the fact that Plaintiff is represented by counsel, this Court finds it is not in the interests of judicial economy to screen the complaint. This Court, therefore, will not enter a screening order. This case shall proceed on the normal litigation track.

## III. CONCLUSION

**IT IS ORDERED** that Plaintiff's request to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff will not be required to pay the filing fee.

**IT IS FURTHER ORDERED** that Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or giving security for them. This order granting leave to proceed in forma pauperis does not extend to the issuance of subpoenas at the government's expense.

**IT IS FURTHER ORDERED** that the Clerk of Court must file the Complaint.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide notice of this action to the Commissioner pursuant to Rule 3 of the Supplemental Rules for Social Security.

**IT IS FURTHER ORDERED** that from this point forward, Plaintiff must serve on Defendant or, if appearance has been entered by an attorney, on the attorney, a copy of every pleading, motion, or other document submitted for consideration by this Court. Plaintiff must include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was personally served or sent by mail to the Defendant or counsel for the Defendant. This Court may disregard any paper received by a District Judge or Magistrate Judge that has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge, or the Clerk that fails to include a certificate of service.

DATED: October 23, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE